(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

| | |
|---|---|
| Matthew James Pozorski and Talia Michelle Pozorski<br>Debtor(s)<br>Debtor SSN/TaxId Nos.:<br>xxx–xx–2942<br>Joint Debtor SSN/Tax Id Nos.:<br>xxx–xx–5636 | Case Number.: 13–24900–EEB<br>Chapter: 7 |

Debtor(s)

aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 9/30/19 .

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

    Clerk of the Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202–2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

| | |
|---|---|
| Dated: 6/25/19 | s/ John Smiley<br>600 17th Street<br>Suite 2800S<br>Denver, CO 80202 |

**Aliases Page**
**Debtor aka(s):**
No Aliases for Debtor

**Joint Debtor aka(s):**
No Aliases for Joint Debtor